[COUNSEL OF RECORD ARE LISTED IN THE ATTACHED SERVICE LIST]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LSI CORPORATION, AGERE SYSTEMS LLC, and AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>FUNAI ELECTRIC CO., LTD.; FUNAI CORPORATION, INC.; P&F USA, INC.; and FUNAI SERVICE CORPORATION,<br><br>Defendants. | Case No.: 3:15-CV-04307-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF** |
| AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD.,<br><br>Plaintiff,<br><br>v.<br><br>ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>Defendants. | Case No.: 3:15-CV-04525-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF** |
| AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD.,<br><br>Plaintiff,<br><br>v.<br><br>ACER INC. and ACER AMERICA CORP.,<br><br>Defendants. | Case No.: 3:15-CV-05427-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF** |

1       Pursuant to Civil L.R. 7-11, due to a scheduling conflict that has arisen in regards to the availability of counsel for Plaintiffs LSI Corporation, Agere Systems LLC, and Avago Technologies General IP (Singapore) Pte. Ltd. (collectively "Plaintiffs"), and due to the unavailability of counsel for Defendants Funai Electric Co., Ltd., Funai Corporation, Inc., P&F USA, Inc.; and Funai Service Corporation after January 14, 2016:

1.      Plaintiffs and Defendants ASUSTeK Computer, Inc., and ASUS Computer International  respectfully request that the Case Management Conference and Hearing on Plaintiff Avago Technologies General IP (Singapore) Pte. Ltd.'s Motion for Leave to Serve Amended Infringement Contentions in Case No. 15-cv-04525-EMC, both currently scheduled for January 14, 2016 at 1:30 p.m., be rescheduled to January 5, 2016 at 1:30 p.m.

2.      Plaintiffs and Defendants Funai Electric Co., Ltd., Funai Corporation, Inc., P&F USA, Inc.; and Funai Service Corporation respectfully request that the Case Management Conference in Case No. 15-cv-04307-EMC, currently scheduled for January 14, 2016 at 1:30 p.m., be rescheduled to January 5, 2016 at 1:30 p.m.

3.      Plaintiffs respectfully request that the Case Management Conference in Case No. 15-cv-05427-EMC, currently set for January 14, 2016 at 1:30 p.m., be rescheduled to January 5, 2016 at 1:30 p.m.  Defendants in Case No. 15-cv-05427-EMC have not yet appeared.

Dated: December 8, 2015                KILPATRICK TOWNSEND & STOCKTON LLP

                                       By:    /s/ David E. Sipiora
                                              David E. Sipiora

                                       *Attorneys for Plaintiffs LSI Corporation, Agere Systems LLC, and Avago Technologies General IP (Singapore) Pte. Ltd.*

Dated: December 8, 2015                BAKER & HOSTETLER LLP

                                       By:    /s/ Kevin W. Kirsch (with permission
                                              Kevin W. Kirsch

                                       *Attorneys for Defendants Funai Electric Co., Ltd.; Funai Corporation, Inc.; P&F USA Inc.; and Funai Service Corp.*

Dated: December 8, 2015              ALSTON & BIRD, LLP

                                                By:   /s/ Michael J. Newton
                                                          Michael J Newton

*Attorneys for Defendants ASUSTeK Computer, Inc. and ASUS Computer International*

IT IS SO ORDERED. The case management conference for all three cases are rescheduled from 1/14/16 to 1/5/16 at 1:30 p.m. Plaintiff Avago's Motion for leave to serve amended infringement contentions in Case No. 15-4525 EMC remains scheduled for 1/14/16 at 1:30 p.m.

Dated: 12/10/15

UNITED STATES JUDGE

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

**CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of Kilpatrick Townsend & Stockton, LLP, whose address is 1400 Wewatta Street, Suite 600, Denver, Colorado 80202.  I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on December 8, 2015, I served the following:

**STIPULATION AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF**

by electronically mailing a true and correct copy through Kilpatrick Townsend & Stockton LLP's electronic mail system to the e-mail addresses set forth below per agreement of the parties in accordance with Fed. R. Civ. P. 5(b).

[SEE ATTACHED SERVICE LIST]

I declare under penalty of perjury that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on December 8, 2015, in Denver, Colorado.

/s/ Pamela A. Freitik
Pamela A. Freitik

...

## SERVICE LIST

David E Sipiora  
dsipiora@kilpatricktownsend.com  
Kenneth S Chang  
kschang@kilpatricktownsend.com  
Kristopher L Reed  
kreed@kilpatricktownsend.com  
Matthew Christian Holohan  
mholohan@kilpatricktownsend.com  
Kilpatrick Townsend and Stockton LLP  
1400 Wewatta Street Suite 600  
Denver, CO 80202-5556  
303-405-8527  
Fax: 303-648-4730  

*Attorneys for Defendants LSI Corporation, Agere Systems LLC, and Avago Technologies General IP (Singapore) Pte. Ltd*

Kevin W. Kirsch (CA SBN 166184)  
kkirsch@bakerlaw.com  
David A. Mancino (pro hac vice)  
dmancino@bakerlaw.com  
Scott R. Stanley (pro hac vice)  
sstanley@bakerlaw.com  
BAKER & HOSTETLER LLP  
312 Walnut Street, Suite 3200  
Cincinnati, Ohio 45202-4074  
Telephone:   (513) 929-3499  
Facsimile:   (513) 929-0303  

Jared A. Brandyberry (pro hac vice)  
jbrandyberry@bakerlaw.com  
BAKER & HOSTETLER LLP  
1801 California Street, Suite 4400  
Denver, Colorado 80202-2662  
Telephone:   (303) 764-4072  
Facsimile:   (303) 861-7805  

*Attorneys for Defendants Funai Electric Co., Ltd.; Funai Corporation, Inc.; P&F USA Inc.; and Funai Service Corp.*

Michael J. Newton  
mike.newton@alston.com  
Derek Scott Neilson  
derek.neilson@alston.com  
Sang (Michael) Lee  
michael.lee@alston.com  
Alston & Bird, LLP - Dallas  
2828 North Harwood Street, Suite 1800  
Dallas, TX 75201  
214-922-3423  
Fax: 214-922-3863  

Patrick John Flinn  
patrick.flinn@alston.com  
Alston & Bird LLP - Atlanta  
One Atlantic Center  
1201 West Peachtree Street  
Atlanta, GA 30309  
404/881-7920  
Fax: 404/253-8370  

*Attorneys for Defendants ASUSTeK Computer, Inc. and ASUS Computer International*