KILPATRICK TOWNSEND & STOCKTON LLP
David E. Sipiora (State Bar No. 124951)
dsipiora@kilpatricktownsend.com
Kristopher L. Reed (State Bar No. 235518)
kreed@kilpatricktownsend.com
Matthew C. Holohan (State Bar No. 239040)
mholohan@kilpatricktownsend.com
1400 Wewatta Street, Suite 600
Denver, CO  80202
Telephone:   303.571.4000
Facsimile:    303.571.4321

Robert J. Artuz (State Bar No. 227789)
rartuz@kilpatricktownsend.com
Eighth Floor, Two Embarcadero Center
San Francisco, CA 94111
Telephone:    415.273.4713
Facsimile:     415.576.0300

Attorneys for Plaintiff Avago Technologies
General IP (Singapore) Pte. Ltd.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD.,<br><br>Plaintiff,<br><br>v.<br><br>ACER INC. and ACER AMERICA CORP.,<br><br>Defendants. | CASE NO. 3:15-cv-05427-EMC<br><br>**STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT AND CASE MANAGEMENT CONFERENCE** |

Plaintiff AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD ("Avago") and Defendants ACER INC.  and ACER AMERICA CORP. (collectively, "Acer") hereby agree and stipulate as follows:

1. Acer agrees and acknowledges that Acer Inc. and Acer America Corp. have been effectively served with the Complaint for Patent Infringement (Dkt. No. 1) ("Complaint") and will

1  not contest such service.

2      2.    Acer shall have until March 1, 2016 to answer or otherwise respond to the Complaint.

4      3.    Acer hereby gives written consent for Avago to file a First Amended Complaint at any time on or before February 1, 2016.

6      4.    Should Avago file a First Amended Complaint, Acer shall have until March 1, 2016 to answer or otherwise respond to the amended complaint.  Avago shall serve the First Amended Complaint on Acer through Acer's counsel by electronic means, and Acer shall accept such service.

10     5.    The Case Management Conference ~~currently set for January 5, 2016 at 1:30 p.m. shall be rescheduled to the week of February 8, 2016~~, subject to the Court's approval and availability.

Dated: December 22, 2015    KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ David E. Sipiora*
David E. Sipiora

*Attorneys for Plaintifs Avago Technologies General IP (Singapore) Pte. Ltd.*

Dated: December 22, 2015    TECHKNOWLEDGE LAW GROUP LLP

By: */s/ Craig Kaufman (with permission)*
Craig Kaufman

*Attorneys for Defendants Acer Inc. and Acer America Corp.*

IT IS SO ORDERED.   Granted in part and denied in part.  CMC remains set for 1/5/16 at 1:30 p.m.

Dated: December 23, 2015

_____
UNITED STATES JUDGE



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

68043169V.1

STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT AND
CASE MANAGEMENT CONFERENCE    - 2 -