1   KILPATRICK TOWNSEND & STOCKTON LLP
    David E. Sipiora (SBN 124951)
2   Kristopher L. Reed (SBN 235518)
    Matthew C. Holohan (SBN 239040)
3   1400 Wewatta St., Suite 600
    Denver, CO 80202
4   Email: dsipiora@kilpatricktownsend.com
    Email: kreed@kilpatricktownsend.com
5   Email: mholohan@kilpatricktownsend.com
    Telephone: (303) 571-4000
6   Facsimile: (303) 571-4321

7   Robert J. Artuz (SBN 227789)
    Eighth Floor
8   Two Embarcadero Center
    San Francisco, CA 94111
9   Email: rartuz@kilpatricktownsend.com
    Telephone: (415) 576-0200
10  Facsimile: (415) 576-0300

11  Attorneys for Plaintiffs

12  LSI Corporation, Agere Systems LLC and Avago Technologies General IP (Singapore) Pte. Ltd.

13              **UNITED STATES DISTRICT COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA**

15                  **SAN FRANCISCO DIVISION**

16  LSI CORPORATION, AGERE SYSTEMS LLC,        Case No.:  3:15-CV-04307-EMC
    and AVAGO TECHNOLOGIES GENERAL IP                                      Denied
17  (SINGAPORE) PTE. LTD.                       **STIPULATION AND [~~PROPOSED~~]
                                                ORDER FOR ALL COUNSEL TO
18              Plaintiffs,                     APPEAR BY TELEPHONE AT THE
                                                JANUARY 5, 2016 CASE
19          v.                                  MANAGEMENT CONFERENCE**

20  FUNAI ELECTRIC CO., LTD.; FUNAI
    CORPORATION, INC.; P&F USA, INC.; and
21  FUNAI SERVICE CORPORATION,

22              Defendants.

23

24

25

26

27

28

────────────────────────────────────────────────
STIPULATION AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD.,<br><br>                   Plaintiff,<br><br>           v.<br><br>ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>                   Defendants. | Case No.:  3:15-CV-04525-EMC   ~~Denied~~<br><br>**STIPULATION AND [PROPOSED] ORDER FOR ALL COUNSEL TO APPEAR BY TELEPHONE AT THE JANUARY 5, 2016 CASE MANAGEMENT CONFERENCE** |
| AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD.,<br><br>                   Plaintiff,<br><br>           v.<br><br>ACER INC. and ACER AMERICA CORP.,<br><br>                   Defendants. | Case No.:  3:15-CV-05427-EMC   ~~Denied~~<br><br>**STIPULATION AND [PROPOSED] ORDER FOR ALL COUNSEL TO APPEAR BY TELEPHONE AT THE JANUARY 5, 2016 CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil L.R. 16-10(a), Plaintiffs LSI Corporation, Agere Systems LLC, and Avago Technologies General IP (Singapore) Pte. Ltd. (collectively, "Plaintiffs"); Defendants Funai Electric Co., Ltd., Funai Corporation, Inc., P&F USA, Inc. (collectively, "Funai"); Defendants ASUSTeK Computer, Inc., and ASUS Computer International  (collectively, "ASUS"); and Defendants Acer Inc. and Acer America Corp. (collectively, "Acer") respectfully request to appear by telephone at the Case Management Conference scheduled for January 5, 2016.  All counsel will appear by telephone with the Court's permission.

                                         Respectfully submitted,

Dated: December 28, 2015                  KILPATRICK TOWNSEND & STOCKTON LLP

                                         By:    /s/ David E. Sipiora
                                                David E. Sipiora

                                         *Attorneys for Plaintiffs LSI Corporation, Agere Systems LLC, and Avago Technologies General IP (Singapore) Pte. Ltd.*

1  Dated: December 28, 2015          BAKER & HOSTETLER LLP

2                                    By:    /s/ Kevin W. Kirsch (with permission)
                                            Kevin W. Kirsch
3
                                    *Attorneys for Defendants Funai Electric Co., Ltd.;*
4                                   *Funai Corporation, Inc.; P&F USA Inc.; and Funai*
                                    *Service Corp.*
5

6  Dated: December 28, 2015          ALSTON & BIRD, LLP

7                                    By:    /s/ Michael J. Newton (with permission)
                                            Michael J. Newton
8
                                    *Attorneys for Defendants ASUSTeK Computer, Inc.*
9                                   *and ASUS Computer International*

10 Dated: December 28, 2015          TECHKNOWLEDGE LAW GROUP LLP

11                                   By:    /s/ Craig Kaufman (with permission)
                                            Craig Kaufman
12
                                    *Attorneys for Defendants Acer Inc. and Acer*
13                                  *America Corp.*

14 ~~APPROVED.~~          Denied. Counsel must appear in person.

15 Dated:       December 30, 2015

16                                   _____
                                    UNITED STATES JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF
Page 3