KILPATRICK TOWNSEND & STOCKTON LLP
David E. Sipiora (State Bar No. 124951)
dsipiora@kilpatricktownsend.com
Kristopher L. Reed (State Bar No. 235518)
kreed@kilpatricktownsend.com
Matthew C. Holohan (State Bar No. 239040)
mholohan@kilpatricktownsend.com
1400 Wewatta Street, Suite 600
Denver, CO  80202
Telephone:   303.571.4000
Facsimile:   303.571.4321

Robert J. Artuz (State Bar No. 227789)
rartuz@kilpatricktownsend.com
Eighth Floor, Two Embarcadero Center
San Francisco, CA 94111
Telephone:   415.273.4713
Facsimile:   415.576.0300

Attorneys for Plaintiff Avago Technologies
General IP (Singapore) Pte. Ltd.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD., <br><br> Plaintiff, <br><br> v. <br><br> ACER INC. and ACER AMERICA CORP., <br><br> Defendants. | CASE NO. 3:15-cv-05427-EMC <br><br> **STIPULATION AND [P~~ROPO~~SED] ORDER REGARDING FIRST AMENDED COMPLAINT** |

Plaintiff AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD ("Avago") and Defendants ACER INC. and ACER AMERICA CORP. (collectively, "Acer") hereby agree and stipulate as follows:

1. Acer hereby gives written consent for Avago to file a First Amended Complaint at any time on or before February 16, 2016.

2. Should Avago file a First Amended Complaint, Acer shall have until March 16,

STIPULATION AND [PROPOSED] ORDER REGARDING FIRST AMENDED COMPLAINT        - 1 -

1  2016 to answer or otherwise respond to the First Amended Complaint. Avago shall serve the First
2  Amended Complaint on Acer through Acer's counsel by electronic means, and Acer shall accept
3  such service.

4  Dated: January 20, 2016              KILPATRICK TOWNSEND & STOCKTON LLP

5                                       By:   */s/ David E. Sipiora*
                                               David E. Sipiora
6
                                       *Attorneys for Plaintifs Avago Technologies General
7                                      IP (Singapore) Pte. Ltd.*

8

9  Dated: January 20, 2016              TECHKNOWLEDGE LAW GROUP LLP

10                                      By:   */s/ Craig Kaufman (with permission)*
                                               Craig Kaufman
11
                                       *Attorneys for Defendants Acer Inc. and Acer America
12                                     Corp.*

13

14  IT IS SO ORDERED.

15  Dated:  January 22, 2016

16                                                IT IS SO ORDERED
17                                                [signature]
                                                  Judge Edward M. Chen
18

19  68120341V.1

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING FIRST AMENDED COMPLAINT          - 2 -