KILPATRICK TOWNSEND & STOCKTON LLP
David E. Sipiora (SBN 124951)
Kristopher L. Reed (SBN 235518)
Matthew C. Holohan (SBN 239040)
1400 Wewatta St., Suite 600
Denver, CO 80202
Email: dsipiora@kilpatricktownsend.com
Email: kreed@kilpatricktownsend.com
Email: mholohan@kilpatricktownsend.com
Telephone: (303) 571-4000
Facsimile: (303) 571-4321

Robert J. Artuz (SBN 227789)
Eighth Floor
Two Embarcadero Center
San Francisco, CA 94111
Email: rartuz@kilpatricktownsend.com
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff

Avago Technologies General IP (Singapore) Pte. Ltd.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD., <br><br> Plaintiff, <br><br> v. <br><br> ACER INC. and ACER AMERICA CORP., <br><br> Defendants. | Case No.: 3:15-CV-05427-EMC <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING ALL DEADLINES BY SIXTY DAYS** |

WHEREAS, Plaintiff Avago Technologies General IP (Singapore) Pte. Ltd. ("Avago") and Defendants Acer Inc. and Acer America Corp. (collectively, "Acer") executed a Settlement and Patent License Agreement ("the Agreement") effective January 1, 2016 that the parties believe will resolve this matter; and

1    WHEREAS, the parties anticipate seeking dismissal of this action under the terms of the
2 Agreement on or before March 18, 2016.
3    Now, therefore, the parties hereby agree and stipulate that all current deadlines in this
4 action imposed by any statute, rule, stipulation, or Order of this Court, including the Case
5 Management Conference currently set for February 18, 2016 and all related deadlines, be
6 extended by sixty (60) days.

Respectfully submitted,

Dated: February 9, 2016          KILPATRICK TOWNSEND & STOCKTON LLP

By:    /s/ David E. Sipiora
       David E. Sipiora

*Attorneys for Plaintiff Avago Technologies General IP (Singapore) Pte. Ltd.*

Dated: February 9, 2016          TECHKNOWLEDGE LAW GROUP LLP

By:    /s/ Craig Kaufman (with permission)
       Craig Kaufman

*Attorneys for Defendants Acer Inc. and Acer America Corp.*

IT IS SO ORDERED. The Further CMC is reset for 4/21/16 at 10:30 a.m. An updated joint CMC statement shall be filed by 4/14/16.

Dated: 2/11/16.

_____
UNITED STATES JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen