KILPATRICK TOWNSEND & STOCKTON LLP
David E. Sipiora (SBN 124951)
Kristopher L. Reed (SBN 235518)
Matthew C. Holohan (SBN 239040)
1400 Wewatta St., Suite 600
Denver, CO 80202
Email: dsipiora@kilpatricktownsend.com
Email: kreed@kilpatricktownsend.com
Email: mholohan@kilpatricktownsend.com
Telephone: (303) 571-4000
Facsimile: (303) 571-4321

Robert J. Artuz (SBN 227789)
Eighth Floor
Two Embarcadero Center
San Francisco, CA 94111
Email: rartuz@kilpatricktownsend.com
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff
Avago Technologies General IP (Singapore) Pte. Ltd.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD., <br><br> Plaintiff, <br><br> v. <br><br> ACER INC. and ACER AMERICA CORP., <br><br> Defendants. | CASE NO. 3:15-CV-05427-EMC <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to the Settlement and Patent License Agreement entered into by Plaintiff Avago Technologies General IP (Singapore) Pte. Ltd. ("Avago") and Defendant Acer Inc. ("Acer") effective January 1, 2016, Avago hereby dismisses this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED:  March 11, 2016            Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ David E. Sipiora*
David E. Sipiora
Kristopher L. Reed
Matthew C. Holohan
Robert J. Artuz

*Attorneys for Plaintiff*

*Avago Technologies General IP (Singapore) Pte. Ltd.*

68280708V.1

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]